## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

ANYEL TORRES, as parent and guardian
to A.G., a minor child,

    Plaintiff,

v.

                                CV 12-18 MV/WPL

THE UNITED STATES OF AMERICA,

    Defendant.

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The parties seek the Court's approval of the trust as set forth in Exhibit A to the Guardian ad Litem's Supplemental Report. (Doc. 164.) I reviewed the Supplemental Report and held a Fairness Hearing on July 27, 2016. The Court previously approved the settlement and set out a somewhat unusual process to close this case. (Doc. 158.) As part of that process, the Court dismissed the United States from the case after the United States transferred the settlement funds. (Doc. 163.) The Court also retained jurisdiction over the Plaintiff, the Guardian ad Litem, and the settlement funds pending approval of the proposed trust. (*Id.*)

I have reviewed the Supplemental Report and the proposed trust. Counsel and the Guardian ad Litem stated, at the Fairness Hearing, that they sought a Court Order approving the proposed trust, funding the trust, discharging the Guardian ad Litem, and dismissing this case with prejudice.

I find that the proposed trust is appropriate and in the best interests of A.G. Therefore, I recommend that the Court approve the trust, enter an Order funding the trust, discharge the Guardian ad Litem, and dismiss this case with prejudice.

I remind counsel and the Guardian ad Litem that they may, if they concur with this recommendation, file a notice with the Court waiving any objections and waiving the objection period.

**THE PARTIES ARE NOTIFIED THAT WITHIN 14 DAYS OF SERVICE** of a copy of these Proposed Findings and Recommended Disposition they may file written objections with the Clerk of the District Court pursuant to 28 U.S.C. § 636(b)(1). **A party must file any objections with the Clerk of the District Court within the fourteen-day period if that party wants to have appellate review of the Proposed Findings and Recommended Disposition. If no objections are filed, no appellate review will be allowed.**

_____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.