IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANYEL TORRES, as parent and guardian
to A.G., a minor child,

    Plaintiff,

v.

                                                                                      CV 12-18 MV/WPL

THE UNITED STATES OF AMERICA,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed July 28, 2016. (Doc. 167.) The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. To this date, no objections have been filed. Plaintiff filed a notice of non-objection. (Doc. 168.)

    IT IS THEREFORE ORDERED that:

    1) the PFRD is adopted as an order of the Court;

    2) the proposed trust is approved;

    3) the parties are directed to fund the trust, as proposed;

    4) the Guardian ad Litem is discharged; and

    5) this case is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE